UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

VERNA GORDON, as Administrator of the Estate of
Christopher H. Jackson, and VERNA GORDON,
Individually as mother of the deceased,

                              Plaintiff,

            -vs-

COUNTY OF ONONDAGA, ONONDAGA
COUNTY SHERIFF'S DEPARTMENT, TOWN OF
CLAY, CLAY TOWN POLICE DEPARTMENT,
NORTHERN ONONDAGA VOLUNTEER
AMBULANCE, INC,

                              Defendants.

**STIPULATION OF DISMISSAL**

Case No. 5:09-CV-1182 (FJS/GHL)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels, that no party hereto is an infant or incompetent, that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Northern Onondaga Volunteer Ambulance, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: December 10, 2009

                              Christina Cagnina, Esq.
                              Bar Roll No. 508589
                              Attorney for the Plaintiffs
                              120 East Washington Street, Suite 800
                              Syracuse, New York 13202
                              (315) 423-7025
                              cgclaw@hotmail.com

Dated: December 10, 2009

                              TADDEO & SHAHAN, LLP

                              By: _____
                              Karen M. Taddeo, Esq.
                              Bar Roll No. 501268
                              Attorney for Defendant Northern Onondaga
                              Volunteer Ambulance, Inc.
                              472 South Salina Street, Suite 700
                              Syracuse, New York 13202
                              (315) 422-6666
                              ktaddeo@ts-law.com

Dated: _____, 2009          OFFICE OF COUNTY ATTORNEY

                                                                                       By: _____
                                                                                       John W. Sharon, Esq.
                                                                                       Bar Roll No.
                                                                                       Attorney for Defendants County of Onondaga
                                                                                       and Onondaga County Sherriff's Department
                                                                                       421 Montgomery Street, 10th Floor
                                                                                       Syracuse, New York 13202
                                                                                       (315) 435-2170
                                                                                       johnsharon@ongov.net

Dated: _December 11_, 2009          KERNAN AND KERNAN, P.C.

                                                                                      By: _____
                                                                                      Kevin G. Martin, Esq.
                                                                                      Bar Roll No. 505332
                                                                                      Attorney for Defendant Town of Clay and
                                                                                      Town of Clay Police Department
                                                                                       258 Genesee Street, #10
                                                                                       Utica, New York 13502
                                                                                       (315) 797-8300
                                                                                       kmartin@kernanlaw.com

Dated: Dec 15, 2009

OFFICE OF COUNTY ATTORNEY

By: _____
John W. Sharon, Esq.
Bar Roll No.
Attorney for Defendants County of Onondaga
and Onondaga County Sherriff's Department
421 Montgomery Street, 10th Floor
Syracuse, New York 13202
(315) 435-2170
johnsharon@ongov.net

Dated: _____, 2009

KERNAN AND KERNAN, P.C.

By: _____
Kevin G. Martin, Esq.
Bar Roll No.
Attorney for Defendant Town of Clay and
Town of Clay Police Department
258 Genesee Street, #10
Utica, New York 13502
(315) 797-8300
kmartin@kernanlaw.com

SO ORDERED

_____
George H. Lowe
U.S. Magistrate Judge
Dated: 12/18/09
Syracuse, New York